


JS-6 / Entered

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES PIERCE,<br><br>        Petitioner,<br><br>    vs.<br><br>LINDA OKSNER, Jail Commander,<br><br>        Defendant. | Case No. CV 13-4785-JPR<br><br>J U D G M E N T |

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 17, 2014

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE